**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 12, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00127-CV**

---

## IN RE NICOLE NADRA BAUKUS AND FRANK C. POWELL, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
405th District Court
Galveston County, Texas
Trial Court Cause No. 22-CV-0763**

---

## MEMORANDUM OPINION

On February 20, 2024, relators Nicole Nadra Baukus and Frank C. Powell filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Jared S. Robinson, presiding judge of the 405th District

Court of Galveston County, to vacate the trial court's November 29, 2022 order awarding attorney's fees and imposing sanctions.

On February 28, 2024, relators filed a motion to dismiss their mandamus, advising that the trial court had vacated and set aside the November 29, 2022 order that is the subject of this original proceeding. We grant relators' motion to dismiss. We dismiss as moot relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.